UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

CASE NO.: 2:25-cv-12792

JONPAUL MARCEL NADEAU,

        Plaintiff,

v.

ULOOP INC.,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, brings this Complaint against Defendant ULOOP INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff JONPAUL MARCEL NADEAU ("Nadeau") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Nadeau's original copyrighted Work of authorship.

2. Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

provides a detailed and customized finished product to every client. Nadeau has over 7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

3. Defendant ULOOP INC. ("Uloop") is an online marketplace and news source for college students. Its marketplace is most commonly used to help students find jobs, housing, roommates, test prep, and tutors. At all times relevant herein, Uloop owned and operated the internet website located at the URL https://www.uloop.com/ (the "Website").

4. Nadeau alleges that Uloop copied Nadeau's copyrighted Work from the internet in order to advertise, market and promote its business activities. Uloop committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Uloop's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Uloop is subject to personal jurisdiction in Michigan.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Uloop

engaged in infringement in this district, Uloop resides in this district, and Uloop is subject to personal jurisdiction in this district.

## DEFENDANT

9.  Uloop Inc. is a Delaware Corporation registered to do business in Michigan, with its principal place of business at 13157 Ludlow Ave, Huntington Woods, MI 48070 and can be served by serving its Registered Agent, Greg Edson, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2017, Nadeau created the photograph entitled "DSC_6322," which is shown below and referred to herein as the "Work".



11. Nadeau registered the Work with the Register of Copyrights on January 4, 2020, and was assigned registration number VA 2-191-207. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Nadeau's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Nadeau was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY ULOOP

14. Uloop has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Uloop copied the Work.

16. On or about September 5, 2022, Nadeau discovered the unauthorized use of his Work on the Website.

17. Uloop copied Nadeau's copyrighted Work without Nadeau's permission.

18. After Uloop copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services to college students utilizing the Website.

19. Uloop copied and distributed Nadeau's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Uloop committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Nadeau never gave Uloop permission or authority to copy, distribute or display the Work at issue in this case.

22. Nadeau notified Uloop of the allegations set forth herein on December 15, 2022 and January 6, 2023.  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Nadeau incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Nadeau owns a valid copyright in the Work at issue in this case.

25. Nadeau registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Uloop copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Nadeau's authorization in violation of 17 U.S.C. § 501.

27. Uloop performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Nadeau has been damaged.

30. The harm caused to Nadeau has been irreparable.

WHEREFORE, the Plaintiff JONPAUL MARCEL NADEAU prays for judgment against the Defendant ULOOP INC. that:

    a. Uloop and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Uloop be required to pay Nadeau his actual damages and Defendant's profits attributable to the infringement, or, at Nadeau's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Nadeau be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Nadeau be awarded pre- and post-judgment interest; and

    e.    Nadeau be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Nadeau hereby demands a trial by jury of all issues so triable.

Dated: September 4, 2025

Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
Michigan Bar Number: 2310
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue, Floor 25
New York, NY 10010
646.787.1082 – Telephone
561.404.4353 – Facsimile

and

GEORGE N. COLVILLE
(*Pro Hac Vice Forthcoming*)
Florida Bar Number: 1060046
george.colville@sriplaw.com

**SRIPLAW, P.A.**
9100 South Dadeland Boulevard
Suite 1500
Miami, FL 33156
786.297.8709 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff JonPaul Marcel Nadeau*